**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 24, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00033-CV

## IN RE JUSTIN SOLIZ, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-17445**

## MEMORANDUM OPINION

On Friday, January 21, 2022, relator Justin Soliz filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Charles Collins, associate judge of the 310th District Court of Harris County, to vacate the trial court's "order on petitioner's motion to overrule objections and to compel

discovery," signed on January 19, 2022, which overruled relator's assertion of a Fifth Amendment privilege to the real party in interest's request for production #1-#5 and ordered relator to pay the real party in interest's attorney's fees.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Poissant.